**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-20161-JB**

GALINA POLTORAK,

      Plaintiff,

v.

DEPARTMENT OF HOMELAND
SECURITY SECRETARY KRISTI
NOEM, *et al.*,

      Defendant.

_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On April 10, 2026, the Court entered an Order requiring Plaintiff to file proof of service upon Defendants by April 14, 2026, or show cause in writing by such date why this action should not be dismissed without prejudice for failure to timely serve Defendants.   ECF No. [5].   To date, no proof of service has been filed, nor is there any other indication in the record that Plaintiff has effectuated service of process. Further, to date, Plaintiff has not filed a response to the Court's Order.

Given that Plaintiff has not complied with the Court's Order, has not sought an extension of time within which to do so, and has not advised that a dismissal will result in a statute of limitations bar to re-filing, it is hereby **ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**.   The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions are **DENIED**

**AS MOOT**.

      **DONE AND ORDERED** in Miami, Florida this 20th day of April, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE